DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO APPEAR

DOB: 07/23/1966

Event No: SAJ2603000077

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

Subject ID: 401715128

FINS: 1180718077

File No: 232 037 640

In the Matter of:

Respondent: EDGAR BARBOSA ROMERO _____ currently residing at:

Urb Santa Rosa 9-4 Calle 3 Bayamon, PUERTO RICO 00959          (939) 243-9038
(Number, street, city, state and ZIP code)                     (Area code and phone number)

☐ You are an arriving alien.

☐ You are an alien present in the United States who has not been admitted or paroled.

☒ You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1. You are not a citizen and national of the United States.
2. You are a citizen of Colombia and national of Colombia.
3. You were admitted to the United States at Luis Munoz Marin International airport on or about August 18, 2021 B1/B2 non immigrant visa.
4. You have failed to maintain your status, to wit: Failed to depart and violated your visa.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(C)(i) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you failed to maintain or comply with the conditions of the nonimmigrant status under which you were admitted.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8CFR 208.30   ☐ 8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

#7 TABONUCO STREET, RM 401, GUAYNABO, PUERTO RICO 009684605. GUAYNABO - DET - CFR/RFR
(Complete Address of Immigration Court, including Room Number, if any)

on  April 14, 2026  at   8:30 am   to show why you should not be removed from the United States based on the
   (Date)                (Time)

charge(s) set forth above.

G.R. 8784 PENA - (A) SDDO
(Signature and Title of Issuing Officer)

Date:  March 6, 2026                         Guaynabo, PR
                                            (City and State)