Estado Libre Asociado de Puerto Rico
TRIBUNAL GENERAL DE JUSTICIA
**Tribunal de Primera Instancia**
Commonwealth of Puerto Rico
GENERAL COURT OF JUSTICE
**Court of First Instance**

Sala (Court) ☐ Superior ☑ Municipal de (of) __Carolina__

__EDGAR BARBOSA ROMERO__
Parte Peticionaria (Petitioner)
v.

__ANA L ORTIZ VELEZ__
Parte Peticionada (Respondent)

Caso Número (Case Number): **OPA-2023-038569**
**Asunto:** Violencia Doméstica (Ley Núm. 54)
(RE: Domestic Violence)

**ORDEN DE PROTECCIÓN**
**(PROTECTIVE ORDER)**

Ante este Honorable Tribunal (Before this Honorable Court): ☑ compareció la parte peticionaria por derecho propio (the petitioner appeared Pro Se); ☐ compareció la parte peticionaria con su representante legal (the petitioner appeared with his/her legal counsel); ☐ compareció el (la) representante de la parte peticionaria (the petitioner's representative appeared); ☐ compareció la parte peticionaria menor de edad representada por su madre, padre o tutor legal (the minor petitioner appeared represented by his/her parent or legal guardian); ☐ no compareció la parte peticionaria (the petitioner did not appear); ☐ compareció la parte peticionada por derecho propio (the respondent appeared Pro Se); ☑ compareció la parte peticionada con su representante legal (the respondent appeared with his/her legal counsel); ☐ compareció el (la) representante legal de la parte peticionada (the respondent's legal counsel appeared); ☐ compareció la parte peticionada menor de edad representada por su madre, padre o tutor legal (the minor respondent appeared represented by his/her parent or legal guardian); ☐ no compareció la parte peticionada (the respondent did not appear).

## I. INFORMACIÓN SOBRE LAS PARTES (THE PARTIES' INFORMATION)

**A. INFORMACIÓN DE LA PARTE PETICIONARIA**
**(PETITIONER'S INFORMATION)**

Nombre (Name): __EDGAR__     Apellidos (Surnames): __BARBOSA ROMERO__

Relación con la otra parte (Relationship to the other party): ☑ Casados (Married) ☐ Divorciados (Divorced) ☐ Convive o Convivió (Lives together or lived together) ☐ Una persona con quien ha sostenido una relación consensual (A person with whom have sustained a consensual relationship) ☐ Una persona con quien ha procreado un(a) hijo(a) (A person with whom have had a child)

Sexo (Sex): ☐ Mujer (Female) ☑ Hombre (Male)

**B. INFORMACIÓN DE LA PARTE PETICIONADA**
**(RESPONDENT'S INFORMATION)**

Nombre (Name): __ANA__     Inicial (Middle Initial): __L__

Apellido Paterno (Paternal Surname): __ORTIZ__

Apellido Materno (Maternal Surname): __VELEZ__

Apodo (Nickname): __DONDI__

Nacionalidad (Nationality): __Americana__

País de Origen (Country of Origin): __Puerto Rico__

Sexo (Sex): ☑ Femenino (Female) ☐ Masculino (Male)

Fecha de Nacimiento (Date of Birth): __22/ENERO/1961__
día/mes/año (day/month/year)

Edad (Age): __62__

Impedimento Físico (Physical Impediments):
☑ No (No) ☐ Sí (Yes), _____ (Indique cuál) (specify)

Núm. de Licencia de Conducir (Driver's License Number): _____

Vehículo(s) [Vehicle(s)]: _____

Marca(s) [Make(s)]: _____

Modelo(s) [Model(s)]: _____

Año(s) [Year(s)]: _____

Color(es) [Color(s)]: _____

Núm. de Tablilla(s) [License Plate Number(s)]: _____

OAT 997 ORDEN DE PROTECCIÓN
(PROTECTIVE ORDER)
(Mayo 2015) (May 2015)
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act")

Pág. (Page) 1 de (of) 6

Caso Número (Case Number): **OPA-2023-038569**

Ocupación (Occupation): _____

Uso de (Uses):
Alcohol (Alcohol)
[✓] No (No)  [ ] Sí (Yes)  [ ] Desconozco (Do not know)
Drogas (Drugs)
[✓] No (No)  [ ] Sí (Yes)  [ ] Desconozco (Do not know)

Posee armas de fuego (Possesses firearms):
[✓] No (No)  [ ] Sí (Yes)  [ ] Desconozco (Do not know)
Posee licencia de portación de arma de fuego
(Has license to carry firearms):
[✓] No (No)  [ ] Sí (Yes)  [ ] Desconozco (Do not know)

## C. RASGOS O CARACTERÍSTICAS POR LOS CUALES SE PUEDE IDENTIFICAR A LA PARTE PETICIONADA
### (IDENTIFYING FEATURES OR TRAITS OF RESPONDENT)

Estatura (Height): 5 Pies (Feet) 05 Pulgadas (Inches)
Peso (Weight): 140 Libras (Pounds)
Color de Pelo (Hair Color): Rubio
Color de Ojos (Eye Color): Verde
Color de Piel (Skin Color): _____
Otros Rasgos (Other Features): _____

Cicatrices Visibles (Visible Scars): [✓] No (No)  [ ] Sí (Yes)  En (On): _____
Tatuajes Visibles (Visible Tattoos): [✓] No (No)  [ ] Sí (Yes)  En (On): _____
Lunares Visibles (Visible Moles): [✓] No (No)  [ ] Sí (Yes)  En (On): _____
Raza (Race): [✓] Blanca (White)  [ ] Negra o Afroamericana (Black or African American)  [ ] Asiática (Asian)  [ ] Hispana o Latina (Hispanic or Latino)  [ ] Otras (Other):

## D. INFORMACIÓN DEL (DE LA) REPRESENTANTE DE LA PARTE PETICIONADA (MENOR DE EDAD, JUDICIALMENTE INCAPACITADA)
### [RESPONDENT'S REPRESENTATIVE INFORMATION (MINOR, JUDICIALLY INCAPACITATED)]

Nombre y Apellidos de su madre, padre o tutor legal (Full name of parent or legal guardian): _____

Dirección Física (Physical Address)
Urb./Barrio/Cond. (Residential Area/Ward/Condo): _____
Núm./Calle/Apt. (No./Street/Apt.): _____
Pueblo (Town): _____
País o Estado (Country or State): _____
Código Postal (Zip Code): _____
Puntos de Referencia (Landmarks): _____

Dirección Postal (Mailing Address)
Urb./Cond./PO Box/HC Box/RR Box (Residential Area/Condo/PO Box/HC Box/RR Box): _____
Núm./Calle/Apt. (No./Street/Apt.): _____
Pueblo (Town): _____
País o Estado (Country or State): _____
Código Postal (Zip Code): _____
Teléfono Celular (Mobile Phone): _____
Teléfono Residencial (Home Phone): _____

## E. DIRECCIÓN DE LA PARTE PETICIONADA
### (RESPONDENT'S ADDRESS)

**Dirección Física (Physical Address)**
Urb./Barrio/Cond. (Residential Area/Ward/Condo):
COND MIRADORES DE SABANA AVE 2 PONCE DE LEON APTO D130
Núm./Calle/Apt. (No./Street/Apt.): _____
Pueblo (Town): Guaynabo, PR
País o Estado (Country or State): PUERTO RICO
Código Postal (Zip Code): 00965

**Dirección Física del Empleo (Physical Work Address)**
Nombre del Patrono (Employer's Name): _____
Nombre del (de la) Supervisor(a) (Supervisor's Name): _____
Urb./Barrio/Cond. (Residential Area/Ward/Condo): _____
Núm./Calle/Apt. (No./Street/Apt.): _____
Pueblo (Town): _____

OAT 997 ORDEN DE PROTECCIÓN
(PROTECTIVE ORDER)
(Mayo 2015) (May 2015)
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act")

Pág. (Page) 2 de (of) 6

Caso Número (Case Number): **OPA-2023-038569**

Puntos de Referencia (Landmarks): _____

País o Estado (Country or State): _____

Código Postal (Zip Code): _____

Puntos de Referencia (Landmarks): _____

Teléfono Celular (Mobile Phone): _____

Teléfono Residencial (Home Phone): _____

Teléfono (Phone): _____

**Dirección Postal (Mailing Address)**

Urb./Cond./Edif./PO BOX/HC Box/RR Box
(Residential Area/Condo/Bldg/PO Box/HC Box/RR Box): _____

Núm/Calle/Apt. (No./Street/Apt.): _____

Pueblo (Town): _____   País o Estado (Country or State): _____   Código Postal (Zip Code): _____

### F. FAMILIAR O PERSONA CONTACTO DE LA PARTE PETICIONADA
### (RELATIVE OR CONTACT PERSON OF RESPONDENT)

| Información de Familiar Cercano (Information of Close Relative) | Dirección Física de Familiar Cercano (Physical Address of Close Relative) |
|---|---|
| Nombre y Apellidos (Full Name): | Urb./Barrio/Cond. (Residential Area/Ward/Condo): |
| Parentesco (Kinship): | Núm./Calle/Apt. (No./Street/Apt.): |
| Teléfono (Phone): | |
| Lugar de trabajo (Workplace): | Pueblo (Town): |
| | País o Estado (Country or State): |
| Teléfono Trabajo (Work Phone): Ext.: | Código Postal (Zip Code): |
| | Puntos de Referencia (Landmarks): |

### G. HIJOS(AS) PROCREADOS(AS) ENTRE LA PARTE PETICIONARIA Y LA PARTE PETICIONADA
### (CHILDREN OF THE PETITIONER AND RESPONDENT)

| Nombre y Apellidos (Full Name) | Fecha de Nacimiento (Date of Birth) (day/month/year) | Edad (Age) | Vive con (Lives with): Nombre y Apellidos (Full Name) | Parentesco con este(a) (Kinship with him/her) |
|---|---|---|---|---|
| | | | | |

### H. VIOLACIÓN DE ORDEN (ÓRDENES) DE PROTECCIÓN PREVIA(S)
### [VIOLATION OF PRIOR PROTECTIVE ORDER(S)]

La parte peticionada violó previamente una(s) orden (órdenes) de protección que fue(ron) expedida(s) a favor de la parte peticionaria (The respondent previously violated a protective order(s) issued in favor of the petitioner):   ☑ No (No)   ☐ Sí (Yes)

## II. DETERMINACIONES DE HECHOS (FINDINGS OF FACT)

Examinada la Petición de Orden de Protección presentada por la parte peticionaria y a base de la prueba presentada este tribunal declara Ha Lugar la orden de protección y realiza las determinaciones de hechos siguientes (After reviewing the Protective Order Petition filed by the petitioner, and based on the evidence presented, this court Grants the protective order and makes the following findings of fact):

<u>SE EMITE ORDEN DE PROTECCIÓN POR 3 AÑOS BAJO LOS MISMOS TÉRMINOS Y CONDICIONES ORIGINALES COMO PARTE DE PRE ACUERDO.</u>

## III. ORDEN (ORDER)

En virtud de las anteriores determinaciones de hecho, el tribunal (By virtue of the previous findings of fact, the court):

- ☑ Ordena a la parte peticionada abstenerse de acercarse, molestar, intimidar, amenazar, o de cualquier otra forma interferir con la parte peticionaria (Orders the respondent to abstain from approaching, harassing, intimidating, threatening, or in any other way interfering with the petitioner).

- ☑ Ordena a la parte peticionada abstenerse de visitar y/o acercarse a (Orders the respondent to abstain from visiting and/or approaching):
  - ☑ El hogar de la parte peticionaria y sus alrededores (The petitioner's home and its surroundings).

OAT 997 ORDEN DE PROTECCIÓN
(PROTECTIVE ORDER)
(Mayo 2015) (May 2015)
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act")

Pág. (Page) 3 de (of) 6

Caso Número (Case Number): **OPA-2023-038569**

- [✓] El hogar de los familiares de la parte peticionaria y sus alrededores (The homes of the petitioner's relatives and its surroundings).
- [✓] El lugar de trabajo o el negocio de la parte peticionaria, y sus alrededores. (The petitioner's workplace or business and its surroundings).
- [✓] El lugar de trabajo o el negocio de los familiares de la parte peticionaria, y sus alrededores (The workplaces or businesses of the petitioner's relatives and its surroundings).
- [✓] El vehículo de motor que utiliza la parte peticionaria (The motor vehicle used by the petitioner).
- [✓] Ordena a la parte peticionada abstenerse de realizar llamadas telefónicas y de enviar mensajes de texto o de voz a los números telefónicos personales, de trabajo, de familiares y de amigos(as) de la peticionaria (Orders the respondent not to make any phone calls or send any text or voice messages to the personal or work numbers of the petitioner or to the numbers of his/her family and friends).
- [✓] Ordena a la parte peticionada abstenerse de enviar correos electrónicos, cartas o facsímiles a la parte peticionaria (Orders the respondent to abstain from sending emails, letters or faxes to the petitioner).
- [✓] Ordena a la parte peticionada abstenerse de tener contacto o interferir con la peticionaria por conducto de cualquier red social tales como: FaceBook, Twitter, MySpace, entre otras (Orders the respondent to abstain from having contact or interfering with the petitioner through any social network such as: FaceBook, Twitter, MySpace, among others).
- [✓] Ordena a la parte peticionada entregar a la Policía de Puerto Rico cualquier arma de fuego que le pertenezca o que tenga bajo su control (Orders the respondent to surrender to the Puerto Rico Police any firearm belonging to him/her or that has in his/her posession).
- [✓] Otras disposiciones (Other arrangements):

  La parte peticionada compareció a la vista. Durante esa audiencia, el Tribunal autorizó la expedición de esta orden de protección en su contra y se explicaron las consecuencias de incumplir con cualesquiera de sus términos. Por tanto, esta orden de protección se entiende notificada a la parte peticionada en corte abierta sin necesidad de tramite ulterior

Se ordena al (a la) funcionario(a) o persona autorizada que diligencie esta orden y entregue el documento diligenciado a la Secretaría del Tribunal correspondiente (The authorized person or officer is ordered to serve this order and to return the served document to the Office of the Clerk of the appropriate Court).

Se emite esta orden de protección teniendo jurisdicción sobre las partes y sobre la materia del caso, bajo las leyes del Estado Libre Asociado de Puerto Rico. Esta orden fue emitida y notificada luego de escuchar las partes (This protective order is issued having jurisdiction over the parties and over the subject matter of the case, under the laws of the Commonwealth of Puerto Rico. This order was issued and served after hearing the parties).

La parte peticionada que viole o incumpla con los términos de esta orden incurrirá en delito grave de tercer grado. Además, podrá ser procesada por desacato al tribunal, lo que podrá resultar en pena de multa o cárcel o ambas penas a discreción del tribunal (If the respondent violates or fails to comply with the terms of this order, he/she will be guilty of a third-degree felony. He/she may also be prosecuted for contempt of the court, which may result in a fine or imprisonment, or both, at the discretion of the court).

Cualquier estado o territorio de Estados Unidos puede validar esta orden de protección y quien la viole estará sujeto a penas criminales estatales y federales aplicables (Any state or territory of the United States can enforce this protective order, and anyone violating same will be subject to applicable state and federal criminal penalties).

Se le advierte que cualquier persona contra la cual se ha expedido una orden de protección está también sujeta a las leyes criminales locales y federales, incluyendo las disposiciones del 18 U.S.C. 922(g) (8) y 18 U.S.C. 922 (g) (9). [Be advised that any person against whom a protective order has been issued is also subject to local and federal criminal laws, including the provisions of 18 U.S.C 922(g) (8) and 18 U.S.C. 922(g) (9)]

## IV. VIGENCIA (EFFECTIVE DATES)

Esta Orden estará vigente desde (This order will be effective from):

__20/DICIEMBRE/2023__   Hasta (to)   __20/DICIEMBRE/2026__
día/mes/año                          día/mes/año
(day/month/year)                     (day/month/year)

## V. REGÍSTRESE Y NOTIFÍQUESE (REGISTER AND NOTIFY)

- [ ] Notifíquese además a ASUME (Also ordered to be notify to ASUME)

En (In) __Carolina__, Puerto Rico, a (on) __20__ de __diciembre__ de 20 __23__, a las (at) __11:09__ [✓] A.M. [ ] P.M.

__HON. EDGAR S FIGUEROA VÁZQUEZ__
Nombre del Juez o de la Jueza
(Name of the Judge)

Firma del Juez o de la Jueza
(Judge's Signature)

OAT 997 ORDEN DE PROTECCIÓN
(PROTECTIVE ORDER)
(Mayo 2015) (May 2015)
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act")

Pág. (Page) **4** de (of) **6**

Caso Número (Case Number): __OPA-2023-038569__

## VI. CERTIFICO (I CERTIFY)

Que en el día de hoy he entregado copia de la presente orden de protección (That today I have given a copy of this protective order) ☐ al (a la) alguacil del tribunal (to the marshal of the court) ☐ al (a la) agente del orden público (to a law enforcement officer) ☐ a una tercera persona particular que no tiene interés en este caso, para que realice el diligenciamiento correspondiente a las partes de epígrafe (to a private third person with no interest in this case, to seve same on the above-captioned parties).

Que se envió copia de la presente orden de protección a (Copy of this protective order has been sent to):

☑ División de Violencia Doméstica de la Policía de la jurisdicción donde reside la parte peticionaria (The Domestic Violence Police Division of the jurisdiction where the petitioner resides).

En (In) __Carolina__, Puerto Rico, a (on) __20__ de __diciembre__ de 20 __23__, a las (at) __11:09__ ☑ A.M. ☐ P.M.

__KANELLY ZAYAS ROBLES__
Nombre del (de la) Secretario(a) Regional
(Name of Court Clerk)

Por (p.p.): __Heilys Sanchez Santos__
Nombre del (de la) Secretario(a) Auxiliar del Tribunal
(Name of Deputy Court Clerk)

Firma del (de la) Secretario(a) Auxiliar del Tribunal
(Deputy Court Clerk's Signature)

## VII. CERTIFICADO DE DILIGENCIAMIENTO (CERTIFICATE OF SERVICE)

Yo (I) _____ mayor de 18 años de edad (18 years or older), ☐ alguacil (marshal) ☐ oficial del orden público (law enforcement officer) ☐ tercera persona particular DECLARO que: mi nombre es como he expresado, sé leer y escribir, no soy abogado(a) de las partes de epígrafe, ni pariente de estas dentro del cuarto grado de consanguinidad y del segundo grado de afinidad, ni tengo interés en este pleito (private third person DECLARE that: my name is as stated above, I am able to read and write, I am not an attorney of the above-captioned parties nor a relative thereof within the fourth degree of consanguinity and the second degree of affinity, nor have interest in this case).

CERTIFICO que el día (I certify that on the date) ___ de _____ de ___, a las (at) _____ ☐ A.M. ☐ P.M. recibí para su diligenciamiento personal la presente orden de protección (received this protective order to be personally served).

☐ He diligenciado personalmente la presente orden de protección a la persona siguiente (I have personally served this protective order on the following person):

_____ En (at) _____
Nombre y Apellidos (Full Name)                 Lugar (Place)

el día (on) ___ de _____ de ___, a las (at) _____ ☐ A.M. ☐ P.M.

☐ No pude diligenciar la presente orden de protección por las razones siguientes (I was unable to serve this protective order for the following reasons):
_____
_____
_____

En (In) _____, Puerto Rico, a (on) ___ de _____ de ___.

_____       _____
Firma de la persona que diligencie           Número de Placa
(Signature of process server)               (Badge number)

## JURAMENTO (OATH)

Jurado y suscrito ante mí por (Sworn and subscribed before me by) _____
☐ mayor de 18 años de edad (18 years or older), ☐ casado(a) (married), ☐ soltero(a) (single), de ocupación (occupation) _____ y vecino(a) de (and resident of) _____, Puerto Rico cuya identidad y firma acredito mediante (Puerto Rico whose identity and signature I verify by): _____.

En (In) _____, Puerto Rico, a (on) ___ de _____ de ___.

OAT 997 ORDEN DE PROTECCIÓN                                   Pág. (Page) 5 de (of) 6
(PROTECTIVE ORDER)
(Mayo 2015) (May 2015)
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act").

Caso Número (Case Number): **OPA-2023-038569**

Por (p.p.):

_____  
Nombre del (de la) Secretario(a) Regional  
(Name of Court Clerk)

_____  
Nombre del (de la) Secretario(a) Auxiliar del Tribunal  
(Name of Deputy Court Clerk)

_____  
Firma del (de la) Secretario(a) Auxiliar del Tribunal  
(Deputy Court Clerk's Signature)



OAT 997 ORDEN DE PROTECCIÓN  
(PROTECTIVE ORDER)  
(Mayo 2015) (May 2015)  
Ley Núm. 54 del 15 de agosto de 1989, según enmendada, mejor conocida como "Ley para la Prevención e Intervención con la Violencia Doméstica".  
(Law No. 54 of August 15, 1989, as amended, known as the "Domestic Abuse Prevention and Intervention Act").

Pág. (Page) **6** de (of) **6**