## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EDGARD BARBOSA ROMERO ) <br> Petitioner, ) <br> v. ) <br> **Garrett J. Ripa,** Miami Field Office Director, ) <br> Enforcement and Removal Operations ) <br> (ICE/ERO); **Todd Lyons**, Acting Director U.S. ) <br> Immigrations Customs Enforcement; ) <br> **Markwayne Mullin,** Secretary of Homeland ) <br> Security; **Pamela Bondi,** Attorney General of ) <br> the United States, ) <br> Respondents, ) | Case No.:26-1137 <br> Agency No. A232-037-640 <br><br> EXPEDITED HEARING REQUESTED |

## EMERGENCY MOTION REQUESTING ORDER

TO THE HONORABLE COURT:

COMES NOW the Petitioner through the counsel and respectfully states and prays as follows:

1. Puerto Rico does not have a permanent Immigration Detention Facility. Usually, Respondents transferred the detained immigrants outside of Puerto Rico, after 3 or 4 days of detention. **Mr. Barbosa has informed his Immigration Attorney that he will be transferred to Miami Detention facility on Tuesday.**

2. Whether a prisoner's post habeas filing transfers to another jurisdiction impacts this Court's ability to grant habeas relief, has not been decided by the Court of Appeals for the First Circuit. See, *Williams v. Warden, FCI Berlin, 786 F.Supp. 3d 436, 446 (D.N.H. 2025).*

3. The Supreme Court, on the other hand, has stated that a district court ordinarily will retain jurisdiction even if DHS subsequently transfers the petitioner to another district. See **Ex Parte Endo, 323 U.S 283, 304-05 (1944)** (rejecting mootness after transfer because "there is no suggestion that there is no one within the jurisdiction of the District Court who is responsible for the detention of appellant and who would be an appropriate respondent"). Whether an individual is "in custody" is determined *at the time* the habeas petition **is filed**. Spencer v. Kemna, 523 U.S. 1, 7 (1998) (addressing identical language in 28 U.S.C. § 2254).

4. As of the filing of this case March 8, 2026, at 9:00 AM, Mr. Barbosa is detained at the Guaynabo Immigration and Removal Detention Facility, Guaynabo, PR.

**WHEREFORE,** the Petitioner respectfully requests this Court issue and order to the respondent, to **NOT** to transfer the Petitioner out of this District Court's jurisdiction, until the respondents have been served and shown cause.

In San Juan, Puerto Rico, January 19, 2026

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR PETITIONER
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com
